| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**WENOKUR RIORDAN, PLLC**<br>**600 Stewart Street, #1300**<br>**Seattle, WA 98101**<br>**206-903-0401**<br>**Faye C. Rasch**<br>faye@wrlawgroup.com | |
| In re:<br><br>FLAGSHIP RESORT DEVELOPMENT CORPORATION,<br><br>                                             Debtor. | Chapter 11<br><br>Case No. 25-15047 (JNP)<br><br>Honorable Jerrold N. Poslusny, Jr. U.S.B.J. |
| In re:<br><br>LAWSUIT PLAINTIFFS,[1]<br><br>                                Plaintiffs,<br><br>v.<br><br>FLAGSHIP RESORT DEVELOPMENT CORPORATION,<br><br>                                Defendant. | Adv. Pro. No. 25-01379-JNP |

## ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINTS

The relief set forth on the following pages, numbered two (2) to three (3), is hereby **ORDERED**.

---

[1] As defined in the Complaint.

Page:  2
Adv. Pro.: Lawsuit Plaintiffs v. Flagship Resort Development Corporation
Case No. 25- (JNP)
Caption: Order to Show Cause with Temporary Restraints

---

**THIS MATTER** having been brought before the Court by the Lawsuit Plaintiffs, upon the filing of a Complaint, Certification and Memorandum of Law in support of the within Order; due notice hereof having been given; a hearing thereon having been held; and the Court having considered the Lawsuit Plaintiffs' request, and opposition thereto, if any; and the Court having found that it has subject matter jurisdiction over this matter pursuant to 11 U.S.C. §§ 105 and 363; and the Court having determined that irreparable harm shall immediately occur if temporary restraints are not granted; and the Court finding good and sufficient cause for the making and entry of the within Order,

  **IT IS HEREBY ORDERED,** that the Debtor[2] show cause on the ____ day of _____, 2025, at __:__ _.m, or as soon thereafter as counsel may be heard in the United States Bankruptcy Court for the District of New Jersey, U.S. Post Office and Courthouse, 401 Market Street, Camden, New Jersey, why an Order, substantially in the form annexed hereto as Exhibit **"1,"** should not be entered (i) enjoining and staying the Debtor from closing the sale of the Debtor's assets to the Purchaser pursuant to Section 105 of the Bankruptcy Code, Federal Rule of Bankruptcy Procedure 7065, Federal Rule of Civil Procedure 65 and this Court's equitable powers; and it is further

  **ORDERED,** pending a hearing and determination of the foregoing application, the Debtor be and hereby is temporarily restrained from closing the sale of the Debtor's assets to the Purchaser; and it is further

  **ORDERED,** that the Lawsuit Plaintiffs shall serve a copy of the within Order, together with copies of the Complaint, Memorandum of Law and supporting Certification

---

[2] Capitalized terms shall retain the definitions set forth in the supporting Memorandum of Law filed by the Lawsuit Plaintiffs.

Page:      3
Adv. Pro.:  Lawsuit Plaintiffs v. Flagship Resort Development Corporation
Case No.   25- (JNP)
Caption:   Order to Show Cause with Temporary Restraints

_____

on the Debtor via email by no later than September __, 2025 at __:__ _.m. and via overnight delivery no later than September __, 2025; and it is further

**ORDERED,** that the Debtor shall, not later than ____ days before the return date of this Order to Show Cause, file with the Court and serve upon the Lawsuit Plaintiffs' attorneys, all answering papers to the relief sought in the Order to Show Cause.