# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**WENOKUR RIORDAN, PLLC**
**600 Stewart Street, #1300**
**Seattle, WA 98101**
**206-903-0401**
**Faye C. Rasch**
faye@wrlawgroup.com

| | |
|---|---|
| In re:<br><br>FLAGSHIP RESORT DEVELOPMENT CORPORATION,<br><br>                                                    Debtor. | Chapter 11<br><br>Case No. 25-15047 (JNP)<br><br>Honorable Jerrold N. Poslusny, Jr. U.S.B.J. |
| In re:<br><br>LAWSUIT PLAINTIFFS,[1]<br><br>                    Plaintiffs,<br><br>v.<br><br>FLAGSHIP RESORT DEVELOPMENT CORPORATION,<br><br>                    Defendant. | Adv. Pro. No. 25-01379-JNP |

**ORDER GRANTING PRELIMINARY INJUNCTIVE AND RELATED RELIEF**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

---

[1] As defined in the Complaint.

Page: 3
Adv. Pro.: Lawsuit Plaintiffs v. Flagship Resort Development Corporation
Case No. 25- (JNP)
Caption: Order Granting Preliminary Injunctive and Related Relief

---

**THIS MATTER** having been brought before the Court by the Lawsuit Plaintiffs , upon the filing of a Complaint, Certification and Memorandum of Law and accompanying Order to Show Cause with Temporary Restraints seeking injunctive relief staying the Debtor[2] from closing the sale of its assets until 14 days after entry of an Order adjudicating the Lawsuit Plaintiffs' Motion for (i) clarification of the Sale Order, or in the alternative, (ii) reconsideration of the Sale Order; due notice hereof having been given; a hearing thereon having been held; and the Court having considered the Lawsuit Plaintiffs' request, and opposition thereto, if any; and the Court having found that it has subject matter jurisdiction over this matter pursuant to 11 U.S.C. §§ 105 and 363; and the Court having determined that irreparable harm shall immediately occur if preliminary injunctive relief is not granted; and the Court finding good and sufficient cause for the making and entry of the within Order,

**IT IS HEREBY ORDERED,** pursuant to Section 105 of the Bankruptcy Code, Federal Rule of Bankruptcy Procedure 7065, Federal Rule of Civil Procedure 65 and this Court's equitable powers that the Debtor be and hereby is enjoined and stayed from closing the sale of the its assets to the Purchaser until 14 days after entry of an Order adjudicating the Lawsuit Plaintiffs' Motion, subject to further extension by the Court.

---

[2] Capitalized terms shall retain the definitions set forth in the supporting Memorandum of Law filed by the Lawsuit Plaintiffs.