Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

In Re:  Flagship Resort Development Corporation
Debtor

Case No.: 25−15047−JNP
Chapter 11

Schroeter Goldmark & Bender
Plaintiff

v.

Flagship Resort Development Corporation
Defendant

Adv. Proc. No. 25−01379−JNP                                  Judge: Jerrold N. Poslusny Jr.

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on September 29, 2025, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 4 − 2
Order Granting Application for Order to Show Cause (Related Doc # 2). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/29/2025. Show Cause hearing to be held on 10/14/2025 at 02:00 PM at JNP − Courtroom 4C, Camden. (kvr)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 29, 2025
JAN: kvr

Jeanne Naughton
Clerk